UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LEFLORIS LYON                                                                                           PLAINTIFF

V.                                                                  CIVIL ACTION NO. 4:10CV185 DPJ-FKB

CANADIAN NATIONAL RAILWAY COMPANY, ET AL.                               DEFENDANTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge [13]. Magistrate Judge F. Keith Ball recommended denial of Plaintiff's motion to proceed *in forma pauperis* [12]. The Court, having fully reviewed the Report and Recommendation of Magistrate Judge Ball entered in this cause, as well as Plaintiff's Objections [20], and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. Plaintiff's motion to proceed *in forma pauperis* [12] is denied.

**SO ORDERED AND ADJUDGED** this the 5th day of April, 2011.

                                                                                    s/ *Daniel P. Jordan III*
                                                                                    UNITED STATES DISTRICT JUDGE